IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Adam May, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:12cv374 |
| | : Chief Judge Susan J. Dlott |
| Addison Stonewall, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on September 5, 2012 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 24, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for voluntary dismissal (Doc. 5) is **GRANTED** to the extent that his federal claim for deliberate indifference to a serious medical need under 42 U.S.C. § 1983 is **DISMISSED** with prejudice.

Plaintiff's motion to remand (Doc. 9) is **GRANTED** and the case is **REMANDED** back to the Court of Common Pleas, Clinton County, Ohio.

IT IS SO ORDERED.

   s/Susan J. Dlott          
Chief Judge Susan J. Dlott
United States District Court